IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HANNA A. LAYTON,[1] | § | |
| | § | No. 378, 2018 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. CN11-03412 |
| JACKSON P. LAYTON, | § | Petition No. 18-02352 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted:  December 28, 2018
Decided:     February 27, 2019

Before **STRINE**, **Chief Justice**; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Family Court's well-reasoned order dated June 25, 2018. The appellant's arguments regarding the rescission of the maternal grandmother's guardianship, the award of sole custody to the appellee, and subsequent events are outside the scope of this appeal.[2]

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).
[2] The rescission of the guardianship and award of sole custody are the subject of another appeal, *Layton v. Layton*, No. 377, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice